# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                      CASE NO.  2:22-CR-20053-HLT/ADM

**DARYL JONES, III,**

      **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1
**Escape from Custody**
**[18 U.S.C. § 751(a)]**

On or about April 6, 2022, in the District of Kansas, the defendant,

**DARYL JONES, III,**

knowingly escaped from custody at GEO Reentry, a residential reentry center in Leavenworth, Kansas, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of an order by the United States District Court for the Southern District of Iowa, case number 4:18-CR-00097-DMR-CFB, filed on

1

November 29, 2018, upon conviction for a violation of Title 18, United States Code, Section 924(c)(1)(A)(i) - Possession of a Firearm in Furtherance of Drug Trafficking.

In violation of Title 18, United States Code, Section 751(a).

A TRUE BILL.

November 1, 2022  s/Foreperson
DATE  FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: /s/ Jabari B. Wamble
JABARI B. WAMBLE
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: jabari.wamble@usdoj.gov
Ks. S. Ct. No. 22730

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES

**Count 1 - Escape from Custody, 18 U.S.C. § 751(a)**

- Punishable by a term of imprisonment of not more than five (5) years. 18 U.S.C. § 751(a)

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2)

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3)

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A)